NUMBER 13-09-00384-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

THE UNIVERSITY OF

TEXAS - PAN AMERICAN, Appellant,


v.



DR. HILDA MEDRANO, Appellee. 

_____________________________________________________________


On appeal from the 398th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


Before Justices Rodriguez, Garza and Benavides 


Memorandum Opinion Per Curiam


 The parties to this appeal have filed a joint motion asking the Court to dismiss this
appeal. According to the motion, the parties have reached an agreement to settle and
compromise their differences. 

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at the parties' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 PER CURIAM

Delivered and filed the

29th day of December, 2009.